**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Griselda Martinez, et al., | NO. C 08-04864 JW |
| Plaintiffs,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Rene Amador, d/b/a La Toluquena Taqueria, | |
| Defendant. | |

On May 11, 2009, the parties are scheduled to appear for a case management conference. In advance of the May 11 conference, Plaintiffs filed a Case Management Statement. (Docket Item No. 9.) In their Statement, Plaintiffs represent that Defendant has been served, but has not yet appeared in this action. Indeed, on April 15, 2009, the Clerk entered default against Defendant. (Docket Item No. 8.) Plaintiffs represent that, in light of Defendant's default, they are preparing to move for an entry of default judgment against Defendant. Given this procedural posture, the Court finds that a case management conference is unnecessary at this time. Accordingly, in anticipation of Plaintiffs' motion for default judgment, the May 11 conference is VACATED. Plaintiffs shall serve this Order on Defendant on or before **May 8, 2009.**

The Court sets **June 29, 2009 at 9 a.m.** as a hearing date for Plaintiffs' anticipated Motion for Default Judgment. Plaintiffs shall file and serve their Motion on or before **May 26, 2009.**

Dated: May 6, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net

**Dated: May 6, 2009**                                   **Richard W. Wieking, Clerk**

                                                         **By:     /s/ JW Chambers                   **
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**